GENERAL VALUATIONS Co., INC., Appellant, *v.* CITY OF NIAGARA FALLS, Respondent.

Argued May 20, 1938; decided June 3, 1938.

*George E. Carrie* for appellant.  The Appellate Division erred in dismissing the first cause of action of the complaint as a matter of law.  (*Faber* v. *City of New York*, 213 N. Y. 411; *Isaac* v. *Town of Queensbury*, 277 N. Y. 37.)

*J. William O'Brien, Corporation Counsel (John F. McNulty* of counsel), for respondent.  The plaintiff failed to establish ratification by the defendant of the alleged agreement by the city manager to pay for the alleged extra services under its contract.  (*Abells* v. *City of Syracuse*, 7 App. Div. 501; *Town of Durango* v. *Pennington*, 8 Col. 257.)

*Per Curiam.*  We find that there is evidence sufficient to sustain a finding that the plaintiff has performed extra services as alleged in the second and third causes of action which were not included in the written contract.

The judgment of the Appellate Division dismissing the first cause of action should be affirmed, without costs.  The order of the Appellate Division granting a new trial as to the second and third causes of action should be reversed, and the judgment of the Trial Term as to the second and third causes of action affirmed, without costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Judgment accordingly.